**FILED**

APR 0 1 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK C. MCLEAN,<br><br>    Defendant. | Case No. 08MJ3952<br><br>ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in the above-captioned matter be unsealed.

DATED: March 31, 2022

_____
HONORABLE MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE